BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
*Attorneys for Plaintiffs Nicholas Karant and
Alecta pensionsförsäkring, ömsesidigt and
Proposed Liaison Counsel*

SCHIFFRIN & BARROWAY LLP
Marc A. Topaz
Richard A. Maniskas
Alison K. Clark
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Attorneys for Plaintiff
Almar T. Widiger Living Trust*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMAR T. WIDIGER LIVING TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, and ALEXANDER J. YAROSHINSKY,<br><br>Defendants, | Case No. 06-06250-PJH<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** AND ORDER |

PLAINTIFF'S NOTICE OF DISMISSAL

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff dismisses his complaint.

Dated: November 8, 2006

> BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
>
> _____
> Alan R. Plutzik
>
> Alan R. Plutzik (Bar No. 077785)
> L. Timothy Fisher (Bar No. 191626)
> Kathryn A. Schofield (Bar No. 202939)
> 2125 Oak Grove Road, Suite 120
> Walnut Creek, California 94598
> Telephone: (925) 945-0200
> Facsimile: (925) 945-8792
>
> SCHIFFRIN & BARROWAY, LLP
> Stuart L. Berman
> Sean Handler
> Nicolette Tropiano
> 280 King of Prussia Rd.
> Radnor, PA 19087
> (610) 667-7706
>
> Attorneys for Plaintiff
>
> 11/9/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA